FILED
HARRISBURG, PA
SEP 16 2025
PER _____ DEPUTY CLERK
1:25-mc-822

# AFFIDAVIT AND NOTICE OF EXCEPTIONS

## Affidavit/Declaration of Status
### Under Affirmation

By ministerial visitation:

*Notice to Agent is Notice to Principal*
*Notice to Principal is Notice to Agent*

Affirmed:

**This serves as a notice of non-consent and no contract to be construed as surety for any contract known or unknown since this opposes my deeply held spiritual and religious beliefs and is protected** by the American Bill of Rights.

**Furthermore, I cannot be a guarantor in keeping with the tenets and creed of faith as stated in the NKJV:** New King James Bible
"He who is surety for a stranger will suffer, but one who hates being surety is secure." Proverbs 11:15

## DECLARATION OF AMBASSADORIAL STATUS

1. I, Berina Fura, chosen before the foundation of the world to become, in Christ, God's holy and blameless son (Ephesians 1:4-6), am a Citizen of Heaven (Philippians 3:20).
2. Beginning my ministerial visitation on Earth on the Nineteenth of August in the year Nineteen Hundred Eighty-Six, clothed in a body of clay, I am one of those mandated to exercise dominion over God's creation (Genesis 1:26).
3. The conditions of my first visitation into this world grant me life-long status as holder of American Nationality.
4. The American Citizenship account created with the name BERINA FURA on May 19, 1986, provides evidence I am a holder of said Nationality, and I am divested of its suretyship and obligations, and am now a creditor, bond holder, and contract holder of AMERICA via the BERINA FURA CESTUI QUE TRUST.
5. My confession of faith in Jesus Christ, whose finished work on the cross makes Heavenly citizenship available to 'whosoever believes,' (John 3:16) followed by my baptism into Christ's *Ecclesia* qualify me to serve as an Ambassador of Heaven with a ministry of reconciliation between God and man (2 Corinthians 5:18-20) and a spreader of Kingdom (Heaven's) culture (John 18:36). Consequently, I am an Ambassador of Heaven visiting Earth for the above stated Diplomatic and Heavenly Missions.

**Affidavit/Declaration of :Berina: Fura : -woman.**

1. i, a woman, , : , am over the age of consent, am a creation of the one true Almighty Creator and a follower of the Creator's laws first and foremost, and the laws of man when they are not in conflict. Pursuant to Matthew 5:33-37 and James 5:12, **"let my yea be yea, and my nay be nay."** I have personal knowledge of the matters stated herein and hereby asseverate innerstanding of both the spiritual and legal liabilities of, *"Thou shalt not bear false witness against thy neighbour."* (Exodus 20:16)

2. i, a woman, , : , am a living, breathing, sentient being on the land, a Natural creation of the Creator, am capable to asseverate, with the capacity to freely give or withdraw consent in all affairs that concern me, my Property and my Creations.

3. i, a woman, , : , declare that my offspring, which i have created, are my property, as he who creates owns.

4. i, a woman, , : , cannot be any ARTIFICIAL PERSON and, therefore, am excepted/exempt from any and all identifications, treatments, and requirements, as such pursuant to any process, law, code, or statute, or any colour thereof.

5. i, a woman, , : , claim my body, information, genetic material, and creations as my Property and not the Property of any PERSON, FICTITIOUS ENTITY, CORPORATION or Ens Legis. i assert my right as Executor and Beneficiary over my body, mind and soul.

6. i, a woman, , : , have no obligation to contract to or with any PERSON, CORPORATION or LEGAL FICTION and reserve the right to enter into, or not, service agreements with any PERSON, CORPORATION or LEGAL FICTION as i see fit.

7. i, a woman, , : , reserve the exclusive right to contract or not to contract with any man or woman as i see fit.

8. i, a woman, , : , have no obligation to contract to or acknowledge, believe, adhere; laws, statutes, ordinances, codes, et al., authored by PERSONS, CORPORATIONS or LEGAL FICTIONS or Ens Legis.

9. i, a woman, , : , reserve, claim all, and waive none of my inalienable Rights inherent by Nature (natural-born Rights) or God, Creator of Mankind (Genesis 1:27).

10. i, a woman, , : , following this declaration of status, revoke from this moment and for perpetuity all implied jurisdiction over my property and creations, be they past or present, and in the future.

11. i, a woman, , : , am not an employee, citizen, resident, subject, taxpayer, slave, driver, or any other type of commercial entity, et al. of any GOVERNMENTAL ORGANIZATION or CORPORATION.

12. i, a woman, , : , claim that any man, woman, PERSON, CORPORATION, LEGAL FICTION, Ens Legis or other who trespasses against my property without right, will be held liable.

13. i, a woman, , : , am noticing and providing opportunity for any man, woman, or PERSON to rebut my Affidavit of Status point for point.

14. i, a woman, , : , am not an expert in the law; however, i do know right from wrong.

15. i, a woman, , : , accept no presumptions of the court, and i reject the use of the private Bar guild for matters of my choice and the use of the public record to be used, with a public official that is under their 'public oath' to act impartially and fairly as dictated by their oath for any matter.

16. i, a woman, , : , hereby and herein reserve the right to amend and make amendments to this document as necessary, in order that the truth may be ascertained and proceedings justly determined.

If there is any man or woman damaged by any statements herein who will inform me by facts, i will sincerely make every effort to amend my ways. i am noticing and providing opportunity for any man or woman doing business as any CORPORATION (Public or Private), GOVERNMENT organization, or other Ens Legis to rebut my Affidavit of Status point for point.

Failure to rebut the facts stated herein shall serve as tacit agreement and acquiescence from any, man, woman, or PERSON that all herein be true. Your silence stands as acquiescence and consent to and tacit approval of the factual declarations herein, being established as fact as a matter of law. If an extension of time is needed to properly answer, please request it in writing by post. Please advise me in written 'Affidavit' form within ten days (10) days from receipt hereof, providing your counter-affidavit, proving with particularity, by stating ALL requisite actual evidentiary facts and ALL requisite actual law, and NOT merely the ultimate facts or conclusions of law, that this 'Affidavit/Declaration of Status', is substantially and materially false, sufficiently to change materially my status and factual declarations.

I hereby invoke all the protections outlined in the Hague Convention which has its basis the Lieber Code. Protections especially of Articles 23 and 43 are cited below LAWS AND CUSTOMS OF WAR ON LAND (HAGUE, IV)
*Convention signed at The Hague October 18, 1907, with annex of regulations*

ARTICLE 23
In addition to the prohibitions provided by special Conventions, it is especially forbidden:
*(a)* To employ poison or poisoned weapons;
*(b)* To kill or wound treacherously individuals belonging to the hostile nation or army;
*(c)* To kill or wound an enemy who, having laid down his arms, or having no longer means of defence, has surrendered at discretion;
*(d)* To declare that no quarter will be given;
*(e)* To employ arms, projectiles, or material calculated to cause unnecessary suffering;
*(f)* To make improper use of a flag of truce, of the national flag, or of the military insignia and uniform of the enemy, as well as the distinctive badges of the Geneva Convention;
*(g)* To destroy or seize the enemy's property, unless such destruction or seizure be imperatively demanded by the necessities of war;
*(h)* To declare abolished, suspended, or inadmissible in a Court of law the rights and actions of the nationals of the hostile party.
A belligerent is likewise forbidden to compel the nationals of the hostile party to take part in the operations of war directed against their own country, even if they were in the belligerent's service before the commencement of the war.

ARTICLE 43
The authority of the legitimate power having in fact passed into the hands of the occupant, the latter shall take all the measures in his power to restore, and ensure, as far as possible, public order and safety, while respecting, unless absolutely prevented, the laws in force in the country.

I, **Berina Fura**, CERTIFY THAT the material matters and information herein stated, declared, verified, or certified, and all documents hereunto annexed are true, complete, and correct and are free of impertinence and scandal, and those made as on information and belief, are believed by the signatory to be true, complete and correct.

Legal Notice and Notice of Intent {*or, Right,*} to Sue

The essential elements of due process are notice and an opportunity to defend[1] and the right to defend in an orderly proceeding.[2] To dispense with notice before taking of property is likened to obtaining judgment without the defendant having ever been summoned.[3] Federal law provides that it is a crime to violate the religious freedoms of citizens, and that those who do so may be subject to and liable for civil damages, fines, and arrest.

18 U.S. Code §241 provides and states in part: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured-- They shall be fined under this title or imprisoned not more than ten years, or both [...].

18 U.S. Code §242 provides and states in part: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both [...].

42 U.S. Code §1983 provides and states: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the

---

[1] *Simon v. Craft*, 182 US 427

[2] *Fiehe v. R.E. Householder Co.*, 125 So. 2, 7 (Fla. 1929)

[3] *Mayor of Baltimore v. Scharf*, 54 Md. 499, 519 (1880)

jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress [...].

The Americans with Disabilities ACT: Title III provides for the adjustment of the maximum civil penalty for a first violation under title III from $55,000 to $75,000; for a subsequent violation the new maximum is $150,000.[4]

Civil Practice & Remedies Code §110.001(1) "Free exercise of religion" means an act or refusal to act that is substantially motivated by sincere religious belief. In determining whether an act or refusal to act is substantially motivated by sincere religious belief under this chapter, it is not necessary to determine that the act or refusal to act is motivated by a central part or central requirement of the person's sincere religious belief.

42 U.S. Code §2000bb(a)(1) the framers of the Constitution, recognizing free exercise of religion as an unalienable right, secured its protection in the First Amendment to the Constitution.
42 U.S. Code §2000bb–1(a) Government shall not substantially burden a person's exercise of religion even if the burden results from a rule of general applicability [...]

**WARNING:** Any attempt to enforce a medical procedure (to include the wearing of oxygen-inhibiting face masks), medicine, vaccine, inoculation, collection of bodily fluids, or any other topical or invasive procedure, regardless of declared authority for doing so, will be considered trespass upon the man. You are hereby advised to cease and desist and to seek competent legal counsel before you violate the law and expose yourself to crimination.

### Deferment of Vaccine:
If I am compelled to receive against my will any vaccine or a simulation thereof, then I shall defer the inoculation for two years or until the clinical trials have been completed, whichever comes first, and the safety data is analyzed and made available so that I may exercise my right of informed consent. It shall be a wrongful detention if I am detained for exercising my legal right to refuse or defer any medical treatment, diagnosis, or prevention.

### Treaty Violation:
It is my belief that forced vaccinations or other treatments, preventions, or diagnosis are a violation without limitation of the following treaties, laws, and constitutions:
The Nuremberg Code (1947); The Geneva Convention; The Declaration of Geneva; The United Nations Charter; The United States Constitution; The Florida Constitution &c.

### *The Free Exercise Clause*

---

[4] Docket No. CRT 127; AG Order No. 3324–2014

*The Free Exercise Clause . . . withdraws from legislative power, state and federal, the exertion of any restraint on the free exercise of religion. Its purpose is to secure religious liberty in the individual by prohibiting any invasions there by civil authority.[5]   It bars governmental regulation of religious beliefs as such, [Sherbert v. Verner, 374 U.S 398, 402 (1963)] prohibiting misuse of secular governmental programs to impede the observance of one or all religions or to discriminate invidiously between religions even though the burden may be characterized as being only indirect.[6] Freedom of conscience is the basis of the Free Exercise Clause, and government may not penalize or discriminate against an individual or a group of individuals because of their religious views nor may it compel persons to affirm any particular beliefs.[7]*

Review and Argument in Support of this<br>Legal Notice and Notice of Intent {or, Right,} to Sue:

WHEREAS I am the Natural Parent and Legal Guardian of :Delilah Grace: Fura (the "child"), I am prohibited by law from endangering my child; I am prohibited by my divine Creator from endangering my child; I am prohibited by my own self morals and ethics within my divine essence from endangering my child; and

WHEREAS those ordering and/or administering vaccines have been granted immunity from liability should they suffer upon my child any injury from a vaccine-caused injury or illness, the Vaccine Injury Compensation Trust Fund is not an acceptable alternative to me; and

WHEREAS the CDC and public health vaccine information sheets and/or websites are not acceptable alternatives to the vaccine manufacturer's package inserts, I will not have been given full disclosure regarding any vaccine without said inserts; and

WHEREAS the vaccine schedules that have been established by the CDC and are promoted by public health departments, the American Academy of Pediatrics, and other organizations are not science-based, I cannot accept CDC recommendations as actionable; and

WHEREAS the CDC is not a government health advocacy organization, it shall not be recognized as such by me as if it were.  It is a corporation listed on Dun and Bradstreet (DUNS No. 071636311) and headquartered in the STATE OF GEORGIA, with strong ties to the pharmaceutical industry.  Therefore, their recommendations are influenced by the 'fiscal' health of their corporation; and

---

[5] *Abington School District v. Schempp, 374 U.S. 203, 222–23 (1963)*

[6] *Braunfeld v. Brown, 366 U.S. 599, 607 (1961).*

[7] *Sherbert v. Verner, 374 U.S. 398, 402 (1963); Torcaso v. Watkins, 367 U.S. 488 (1961).*

WHEREAS neither the AMERICAN ACADEMY OF PEDIATRICS (DUNS No. 795084060), nor the AMERICAN ACADEMY OF FAMILY PHYSICIANS (DUNS No. 077317635) are health advocacy organizations, they shall not be recognized as such by me. They are both corporations (listed on Dun and Bradstreet) that are head-quartered in the STATE OF ILLINOIS (DUNS No. 031940459) and the STATE OF KANSAS (DUNS No. 073132748) respectively, whose monetary compensation from the vaccine manufacturers contributes to the 'fiscal' health of their corporations; and

WHEREAS many physicians are paid higher reimbursement rates for administering vaccines, I cannot blindly trust these medical 'professionals;' and

WHEREAS legislators for the corporation known as the STATE OF FLORIDA vote on statutes for the STATE OF FLORIDA including statutes mandating certain vaccines for attendance in educational institutions even though they have no medical training and can be easily influenced by drug company lobbyists and/or the CDC, I do not accept their mandates as science-based. To the best of my knowledge, I have signed no contract with these legislators; therefore, their corporate vaccine statutes do not apply to me or my biological offspring/son or daughter unless I consent to abide by them; and

WHEREAS multiple scientific peer-reviewed papers have exposed the dangers of many vaccines as well as the herd immunity myth of 1933; and

WHEREAS the corporation HEALTH & HUMAN SERVICES, UNITED STATES DEPARTMENT OF (listed on Dun and Bradstreet, DUNS No. 966819591, and headquartered in WASHINGTON DC) determines claims paid from the Vaccine Injury Compensation Trust Fund via an undisclosed administrative procedure and also profits from vaccine patents; and

WHEREAS the failure to follow CDC vaccine recommendations is less likely to endanger the health of my child or others than following their recommendations; and

WHEREAS I believe {*or, have good reason to believe,*} that the vaccinations given to children may contain or do contain MRC-5 (ATCC® CCL-171™)[8] ("MRC-5") which is a cell line commonly utilized in vaccine development as a transfection host in virology research and for in vitro cytotoxicity testing; and

WHEREAS this cell line was derived from the human lung tissue of a 14-week-old male fetus aborted in September 1966, and because 1 out of 39 vaccinated children develop Autism or some other intelligence diminishing neurological disability to include any number of physical and mental disorders, I must prevent such a disability or disorder to befall my child. I must avoid at

---

[8] https://www.atcc.org/products/all/CCL-171.aspx;  https://www.cancer.news/2019-10-04-medical-horror-genetic-sequencing- vaccines-mrc-5-cancer-genes-modified.html; and https://www.atcc.org/products/ccl-171

all cost any iatrogenic reaction[9] from the coronavirus vaccine {*or other vaccines*} injected into my child. Since there is a possibility that an iatrogenic reaction could occur, I have the absolute right to decline, and you have a duty to do no harm; administering such a vaccine could possibly do harm.

WHEREAS I am prohibited by law from endangering my child, I am prohibited by my divine Creator from endangering my child, and I am prohibited by my own self morals and ethics within my divine essence from endangering my child, I hereby deny permission for anyone to administer CDC recommended vaccines to my child unless 1) they provide me with the vaccine package insert, 2) allow me to determine if the health risks are acceptable, and 3) sign a document stating that they personally, not me, will be responsible for any/all damage, harm, injury and/or illness (as defined by the International Medical Council on Vaccination) the vaccine they administer might cause.

WHEREAS, on April 25, 2003, the CDC sought to patent the "Coronavirus Isolated from Humans" in violation of 35 U.S.C. §101 which prohibits patenting nature; and,

WHEREAS, in addition to their attempt to patent the coronavirus associated with Severe Acute Respiratory Syndrome (SARS), they applied for patent rights to manufacture a kit to detect and measure fragments of the virus which were awarded and granted on August 17, 2010 in U.S. Patent 7,776,521 (the "Patent"); and,

WHEREAS the CDC, NIAID, and their Conspiring Associates variously conducted descriptive, diagnostic, therapeutic, and gain-of-function research on coronaviruses which would have required the use or infringement of the Patent at U.S. taxpayer expense in various grants including, but not limited to, U19 AI109761; R01 AI 108197; R01 AI132178; P30 DK065988; U19 AI109680, and other grants; and

WHEREAS, in September of 2019, Dr. Anthony Fauci of the NIAID and Dr. Chris Elias, President, Global Development Program for the Bill and Melinda Gates Foundation, USA in their capacities as members of the World Health Organization's Global Preparedness Monitoring Board mandated that —the  United Nations (including "World Health Organization" {*or, the WHO,*}) conduct at least two system-wide training and simulation exercises, including one for covering the deliberate release of a lethal respiratory pathogen; and,

WHEREAS, on or about January 21, 2020, the U.S. reported its first case of coronavirus in Washington thought to be linked to what foreign sources had described as a "new" coronavirus; and,

---

[9] iatrogenic: Due to the activity of a physician or therapy. For example, an iatrogenic illness is an illness that is caused by a medication or physician. It can be an adverse reaction caused by multiple compounds or drugs interacting with each other.

WHEREAS, on January 31, 2020, HHS Secretary Alex M. Azar II, relying on information provided by foreign sources, declared a Public Health Emergency for the United States; and,

WHEREAS, on February 4, 2020, the United States Food and Drug Administration granted the CDC Emergency Use Authorization for a kit to detect coronavirus infection for which they provided no public notice regarding the establishment of an Institutional Review Board with the concurrence of a licensed physician who is a member of or consultant to the IRB and is not otherwise participating in the clinical investigation as required under 21 C.F.R. §50.24; and,

WHEREAS, on February 10, 2020, Dr. Anthony Fauci and conspiring associates were reported to discuss the financial benefit of the public becoming more committed to supporting research on coronaviruses in the article entitled, "Fluctuating funding and flagging interest hurt coronavirus research, leaving crucial knowledge gaps," in *STAT*; and,

WHEREAS, in contravention to established, peer-reviewed medical science, the CDC, NIAID, and conspiring associates promulgated a national clinical epidemiologic experiment using "social distancing" and "face-mask wearing" in a healthy population without establishing any clinical trial outcomes, without empaneling an Institutional Review Board, without defining "informed consent," and without reviewing the ethics of such experiment in contravention of the Declaration of Helsinki and 21 C.F.R. §50.20 ff, and then provided guidance to Governors of the 50 states of the United States to carry out said experiment without any independently considered ethical review board finding; and,

WHEREAS the preliminary data suggesting that there was sufficient variation to determine this as a novel virus vs. a mutation of known coronaviruses was not based on established scientific principles but was responsive to the World Health Organization's prior unfounded declaration of novelty of both the virus and a new disease, according to the International Committee on Taxonomy of Viruses' (ICTV) *Coronaviridae* Study Group (CSG) publication on March 2, 2020; and,

WHEREAS, there could be no independent verification of the epidemiologic models predicting dire infection and mortality rates as the underlying models and data were not published, and when sought, were reportedly corrupted so as to make their examination impossible; and,

WHEREAS, in violation of State law, no medical or scientific evidence was provided to establish *causal* links between the SARS CoV-2 and the symptoms of COVID-19, relying instead on foreign government hearsay and conjecture to conflate association with causation; and,

WHEREAS, based on the recommendation of the CDC, NIAID, and conspiring associates, no State official reviewed for accuracy or veracity any of the causal statements made in the Declaration of Emergency which contain false, misleading, and terror inducing statements; and,

WHEREAS, in violation of well-established legal precedent from *Jew Ho v. Williamson*, 103 F. 10, 26 (C.C.N.D. Cal. 1900) and subsequent public health law, arbitrary and capricious rules

were insinuated on part of the population that were not applied generally resulting in the unlawful confinement of a healthy population with no basis in science; and,

WHEREAS the CDC and its affiliated organizations have routinely conflated infection endpoints from RT-PCR and serology, have repeatedly reported data from flawed or unsubstantiated models projecting morbidity and mortality data for the inducement of terror in the general population in violation of §802 of the Patriot Act's prohibition of Domestic Terrorism, and, through this action, have sought to coerce a population and influence a government,

THEREFORE, you are prohibited from administering to me or my child any one or all of the vaccines you promote, whether now possessed, or hereafter acquired, UNLESS you can GUARANTEE that they will never ever during the life of my child or myself cause any iatrogenic reaction. All I would require from you is a "Sworn Statement of Personal Guarantee and Liability" in substantially the following form:

*Sworn Statement of Personal Guarantee and Liability*
*My name is _____ (First, Middle, and Last Name), my date of birth is _____ (MM/DD/YYYY), and my address is _____ (Number, Street, City, State, ZIP+4) and I am licensed _____ (Medical License No.) at _____ (Name and Address of Hospital). I declare under penalty of perjury under the laws[10] of the United States and the laws[11] of the State of Florida, respectively, that none of the vaccines I or my staff administer unto infants, minors, or other persons ever cause, or have a history of causing, or shall ever cause any iatrogenic reaction. Executed in _____ County, State of _____, on the _____ day of _____, 20___. _____, Declarant"*

Fair warning is given to all that would trespass {*or traverse*} on my constitutionally protected rights to Free Exercise of Religion and Right to Refuse Medical Treatment based on the exercise of my right to religion.[12] Such a trespass is a breach of your duty to defend and protect the Constitution. Duties breached are without limitation per the U.S. Constitution Amendment I and V.

Such a breach suffers a deprivation of rights under color of law at 18 U.S.C. §241 and §242 upon me bringing a cause of action for damages at 42 U.S. Code §1982 and §1983.

---

[10] 18 U.S. Code §1621 and §1623

[11] PENAL §37.02 and §37.03, and §22.041

[12] *United States v. Lanier*, 520 U.S. 259 (Quoting, *McBoyle v. United States*, 283 U.S. 25, 27, 51 S.Ct. 340, 341, 75 L.Ed. 816) and *Anderson v. Creighton*, 483 U.S. 635

**Vaccine Control Group**

PARTICIPANT NAME
Berina Fura

PARTICIPANT ID
KKSIQOIRAWHYUEDZS48TJB



b852b



**MUST NOT BE VACCINATED**
Vaccine safety and efficacy study participant.

**Vaccine Control Group**

PARTICIPANT NAME
Delilah Grace Fura

PARTICIPANT ID
MRG7SWGGRVFDFHANYPAJAL



a2f28



**MUST NOT BE VACCINATED**
Vaccine safety and efficacy study participant.

i, a woman , : , sincerely, without dishonour, ill will or frivolity declare and will testify viva voce, in open court, under penalty of perjury that all herein be true.

Executed on this ___19___ day, of the ___5th___ month, in the year of our Lord and Saviour, two thousand twenty-five.

By: ___Berina ; Fura___ L.S
THUMBPRINT IN PURPLE
:Berina: Fura :woman
*all rights reserved: none waived ever: non assumpsit*

NOTARY

On this date, ___May 19___, 2025, a man, appearing in his true character, who identified himself as Berina Fura appeared before me, ___Bonnie Pfuntner___, a Notary Public, whose abode is within the County of ___Duval___, State of Florida, and provided evidence of her identity and character satisfactory for certification herein.

NOTARY PUBLIC                                    Seal

BONNIE PFUNTNER
Notary Public - State of Florida
Commission # HH 407401
My Comm. Expires Jun 6, 2027

# U.S. Government Printing Office Style Manual

An official guide to the form and style of Federal Government printing

2008



U.S. GOVERNMENT PRINTING OFFICE
Keeping America Informed | www.gpo.gov



Spelling                                                                 93

### Geographic names

5.20.  The spelling of geographic names must conform to the decisions of the U.S. Board on Geographic Names (BGN) (http://geonames.usgs.gov). In the absence of such a decision, the U.S. Directory of Post Offices is to be used.

5.21.  If the decisions or the rules of the BGN permit the use of either the local official form or the conventional English form, it is the prerogative of the originating office to select the form that is most suitable for the matter in hand; therefore, in marking copy or reading proof, it is required only to verify the spelling of the particular form used. GPO's preference is for the conventional English form. Copy will be followed as to accents, but these should be consistent throughout the entire job.

### Nationalities, etc.

5.22.  The table on Demonyms in Chapter 17 "Useful Tables" shows forms to be used for nouns and adjectives denoting nationality.

5.23.  In designating the natives of the States, the following forms will be used.

| | | |
|---|---|---|
| Alabamian | Louisianian | Ohioan |
| Alaskan | Mainer | Oklahoman |
| Arizonan | Marylander | Oregonian |
| Arkansan | Massachusettsan | Pennsylvanian |
| Californian | Michiganian | Rhode Islander |
| Coloradan | Minnesotan | South Carolinian |
| Connecticuter | Mississippian | South Dakotan |
| Delawarean | Missourian | Tennessean |
| Floridian | Montanan | Texan |
| Georgian | Nebraskan | Utahn |
| Hawaiian | Nevadan | Vermonter |
| Idahoan | New Hampshirite | Virginian |
| Illinoisan | New Jerseyan | Washingtonian |
| Indianian | New Mexican | West Virginian |
| Iowan | New Yorker | Wisconsinite |
| Kansan | North Carolinian | Wyomingite |
| Kentuckian | North Dakotan | |

# PUBLIC LAW 97-280 OCT. 4, 1982

Public Law 97-280
96 STAT. 1211
97th Congress

## JOINT RESOLUTION

Authorizing and requesting the President to proclaim 1983 as The "Year of the Bible"

Whereas the Bible, the Word of God, has made a unique contribution in shaping the United States as a distinctive and blessed nation and people;

Whereas deeply held religious convictions springing from the Holy Scriptures led to the early settlement of our Nation;

Whereas Biblical teachings inspired concepts of civil government that are contained in our Declaration of Independence and the Constitution of the United States;

Whereas many of our great national leaders-among them Presidents Washington, Jackson, Lincoln, and Wilson-paid tribute to the surpassing influence of the Bible in our country's development, as in the words of President Jackson that the Bible is "the rock on which our Republic rests";

Whereas the history of our Nation clearly illustrates the value of voluntarily applying the teachings of the Scriptures in the lives of individuals, families, and societies;

Whereas this Nation now faces great challenges that will test this Nation as it has never been tested before; and

Whereas that renewing our knowledge of and faith in God through Holy Scripture can strengthen us as a nation and a people: Now, therefore, be it Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That the President is authorized and requested to designate 1983 as a national "Year of the Bible" in recognition of both the formative influence the Bible has been for our Nation, and our national need to study and apply the teachings of the Holy Scriptures.

*Approved October 4, 1982*

February 3, 1983; Proclamation 5018 -- Year of the Bible, 1983
A Proclamation by the President of the United States of America

Of the many influences that have shaped the United States of America into a distinctive Nation and people, none may be said to be more fundamental and enduring than the Bible.

Deep religious beliefs stemming from the Old and New Testaments of the Bible inspired many of the early settlers of our country, providing them with the strength, character, convictions, and faith necessary to withstand great hardship and danger in this new and rugged land. These shared beliefs helped forge a sense of common purpose among the widely dispersed colonies -- a sense of community which laid the foundation for the spirit of nationhood that was to develop in later decades.

The Bible and its teachings helped form the basis for the Founding Fathers' abiding belief in the inalienable rights of the individual, rights which they found implicit in the Bible's teachings of the inherent worth and dignity of each individual. This same sense of man patterned the convictions of those who framed the English system of law inherited by our own Nation, as well as the ideals set forth in the Declaration of Independence and the Constitution.

For centuries the Bible's emphasis on compassion and love for our neighbor has inspired institutional and governmental expressions of benevolent outreach such as private charity, the establishment of schools and hospitals, and the abolition of slavery.

Many of our greatest national leaders -- among them Presidents Washington, Jackson, Lincoln, and Wilson -- have recognized the influence of the Bible on our country's development. The plainspoken Andrew Jackson referred to the Bible as no less than ``the rock on which our Republic rests." Today our beloved America and, indeed, the world, is facing a decade of enormous challenge. As a people we may well be tested as we have seldom, if ever, been tested before. We will need resources of spirit even more than resources of technology, education, and armaments. There could be no more fitting moment than now to reflect with gratitude, humility, and urgency upon the wisdom revealed to us in the writing that Abraham Lincoln called ``the best gift God has ever given to man . . . But for it we could not know right from wrong."

The Congress of the United States, in recognition of the unique contribution of the Bible in shaping the history and character of this Nation, and so many of its citizens, has by Senate Joint Resolution 165 authorized and requested the President to designate the year 1983 as the ``Year of the Bible."

Now, Therefore, I, Ronald Reagan, President of the United States of America, in recognition of the contributions and influence of the Bible on our Republic and our people, do hereby proclaim 1983 the Year of the Bible in the United States. I encourage all citizens, each in his or her own way, to reexamine and rediscover its priceless and timeless message.

In Witness Whereof, I have hereunto set my hand this third day of February, in the year of our Lord nineteen hundred and eighty-three, and of the Independence of the United States of America the two hundred and seventh.

Ronald Reagan

**CONGRESS DECLARES BIBLE "THE WORD OF GOD"**                                                                                       Page 2 of 2

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff   N/A
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   N/A
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   N/A

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

N/A

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

N/A

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

N/A

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability |  |  | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
|  |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  |  | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

N/A

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23    N/A

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   N/A

JUDGE

DOCKET NUMBER

DATE: 9 September 2025

SIGNATURE OF ATTORNEY OF RECORD: Berina Pura

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

[Print]   [Save As...]   [Reset]

9 September 2025

Greetings to all and the singular:

Please find enclosed original for filing in the miscellaneous index. A check in the amount of 79.20 is supplied in accordance with your recently updated filing fee schedule for miscellaneous cases. New Misc. Case Filing Fee 52.00, Certification of Documents - $24.00 (2 certified copies at 12.00 each), and Cost of Copies $3.20 ($0.10 per page, 16 pages total, 2 copies).

Also enclosed is a pre-paid envelope for returning these originals as addressed and for certified copies with tracking.

If you need anything else, please don't hesitate to reach out to me: 202.744.3026

With appreciation,

by: Berina Fura, Aufasnder